STATE OF NEW YORK, Respondent, v. JAMES WINDER, Appellant.— Motion granted and appeal dismissed unless records and briefs are filed and served on or before January 10, 1973; application to prosecute appeal as poor person denied. (See *Jenks* v. *Murphy*, 21 A D 2d 346.) Motion by David Gerald Jay, Esq. to withdraw as counsel for appellant granted. (Order entered November 30, 1972.)